IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 11-04326-CV-C-NKL |
| ) | |
| UNITED STATES CURRENCY IN THE ) | |
| AMOUNT OF $21,389.00, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Plaintiff, United States of America, has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of a final judgment by default. Plaintiff has shown that there was reasonable cause for seizure of the defendant property, that a complaint for forfeiture was filed, that all known potential claimants were served with process, and that any and all other claimants have been served by publication. However, no potential claimant has filed a timely claim to the defendant property. *See U.S. v. Ford 250 Pickup 1990 VIN No. 1FTHX26M1LKA69552*, 980 F.2d 1242, 1246 (8th Cir. 1992) (affirming a Rule 55(b)(2) default judgment that granted, without a hearing, forfeiture of property where no claimant made a proper claim for the property). Therefore, it is hereby

ORDERED, ADJUDGED AND DECREED:

(1) that a default judgment of forfeiture is hereby entered against the defendant

property;

(2)  that all persons claiming any right, title or interest in or to the defendant property are held in default;

(3)  that all claims and interests in the defendant property are forever foreclosed and barred;

(4)  that the defendant property is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 881(a)(6);

(5)  that the defendant property shall be disposed of according to law.

(6)  that the Clerk of the Court shall enter a judgment consistent with this order.


SO ORDERED, this   6th   day of June, 2012.


        s/ Nanette K. Laughrey  
       NANETTE K. LAUGHREY  
       United States District Judge